UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00080-RLY-MPB |
| | ) | |
| MATTHEW HUNTER BENNETT, | ) -06 | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On June 16, 2022, the Court held an Initial Appearance hearing on the Petition for Warrant for Violation of Supervised Release, filed June 9, 2022. (Dkt. No. 418). Defendant Bennett appeared in person and with counsel Jake Warrum. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office was represented by Officer Brian Deardurff.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 421). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Bennett of his rights and provided him with a copy of the petition.

    2.    Defendant orally waived his right to a preliminary hearing.

    3.    After being placed under oath, Defendant Bennett admitted violation No. 1 (Dkt. No. 418).

4. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance."<br><br>On May 23, May 25, and May 31, 2022, Matthew Bennett tested positive for fentanyl. On May 25, 2022, his urinalysis was also positive for cocaine. On June 6, 2022, he admitted to relapsing on fentanyl beginning May 21, 2022. He submitted a urinalysis on June 6th and admitted it would also test positive as his last date of use was June 3, 2022.<br><br>As previously reported to the Court, Mr. Bennett tested positive for fentanyl on April 22, April 28, and May 2, and May 3, 2022. |

5. The parties stipulated that:

(a) The highest grade of violation is a Grade **B** violation.

(b) Defendant's criminal history category is **III.**

(c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **8 to 14** months' imprisonment.

The Parties jointly recommended a sentence of ten (10) months imprisonment with continued supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to

the custody of the Attorney General or his designee for a period of ten (10) months and continue on supervision, upon release, for the remainder of the original term.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have waived the 14-day objection period.

Dated: June 16, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal